IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-01650-L |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY (d/b/a "STATE | § | |
| FARM"), | § | |
| | § | |
| *Defendant.* | § | |

# **DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

**TO THE HONORABLE JUDGE DAVID L. HORAN:**

Defendant State Farm Mutual Automobile ("State Farm") hereby files its Motion to Compel Discovery Responses. Pursuant to Section 3 of the Court's Standing Order on Discovery and Other Non-Dispositive Motions (Sept. 24, 2019) [ECF No. 16], a Joint Status Report is attached hereto as Exhibit A. Plaintiff's Supplemental Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff and Plaintiff's Second Set of Supplemental Responses and Objections to Defendant's First Set of Request for Production are also attached hereto as Exhibits B and C, respectively.

Respectfully submitted,
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(o) 214.953.0053
(f) 214.922.4142

By: *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Elizabeth A. Fitch
State Bar No. 24075777
EFitch@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(t) 214.953.0053
(f) 214.922.4142

*Counsel for Defendant Mutual Automobile Insurance Company*

**CERTIFICATE OF SERVICE**

      On January 24, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served the following counsel, as follows, electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Ms. Carmen Artaza
TREMAIN ARTAZA, PLLC
13140 Coit Road, Suite 104
Dallas, Texas 75240
Carmen@tremainartaza.com

Ms. Ashley Tremain
TREMAIN ARTAZA, PLLC
13140 Coit Road, Suite 104
Dallas, Texas 75240
Ashley@tremainartaza.com

                                            */s/ Monte K. Hurst*
                                            Monte K. Hurst